| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Clevenger, Raymond C. III | 2. Court or Organization U.S. Court of Appeals for the Federal Circuit | 3. Date of Report 5/15/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Court Judge (Senior) | 5a. Report Type (check appropriate type) ☐ Nomination. Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2010 to 12/31/2010 |
| 7. Chambers or Office Address 717 Madison Place N.W. Washington D.C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3 | |
| 4. | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2 | | |
| 3 | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1 | 2010 | self-employed (photographer) |
| 2. | |
| 3. | |
| 4 | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions )*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1 Federal Circuit Bar Association | June 23-26 2010 | Colorado Springs, CO. | bench-bar Conference | transportation, meals, hotel |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2 | | |
| 3. | | |
| 4 | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America c.s. | D | Div | Pi | T | | | | | |
| 2. Smith Barney Managed Municipal Fund | E | INT | P1 | T | | | | | |
| 3. PNC Bank Now account | D | INT | L | T | | | | | |
| 4. Shelter Properties VII units | A | CAP DISTRIB | | | SOLD ALL | 7/12 | J | A | |
| 5. Shawnee Village Partners units | A | cap DISTRIB | J | W | | | | | |
| 6. Seminole Transp. Co. mineral contract | C | Contract Payment | J | W | | | | | |
| 7. Coop Refining LLP mineral contract | A | Contract Payment | J | W | | | | | |
| 8. Totzo Petroleum Co. mineral contract | B | Contract payment | J | W | | | | | |
| 9. Central Crude Co. mineral contract | B | Contract Pymnt | J | W | | | | | |
| 10. Delaware Group Tax Free Fund | E | INT | N | T | | | | | |
| 11. Smith Barney Daily Div Fund | E | INT | N | T | | | | | |
| 12. Kansas City Southern Indus, c.s. | A | Div | F | T | | | | | |
| 13. Walter Energy Inc. c.s. | A | DIV | G | T | Buy | 7/26 | L | | |
| 14. China Natural Gas Inc c.s. | | | | | SOLD ALL | 12/15 | M | (M) | |
| 15. Enzo Biochem Inc. c.s. | A | DIV | F | T | | | | | |
| 16. Lawson Software Inc. c.s. | | | | | SOLD ALL | 12/8 | M | K | |
| 17. National Oilwell Varco Inc. c.s. | | | | | SOLD ALL | 2/8 | M | K | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger Raymond C. III | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1 Petrohawk Energy Corp. C.S. | NONE | NONE | | | SOLD ALL | 1/21 | M | K | |
| 2 Baker Hughes Inc. C.S. | A | DIV | M | T | | | | | |
| 3 Barrick Gold Corp. C.S. | A | DIV | M | T | | | | | |
| 4 Cloud Peak Energy Inc. C.S | A | DIV | | | SOLD ALL | 5/20 | M | (J) | |
| 5 Ford Motor Company C.S. | A | DIV | M | T | Buy | 4/21 | L | | |
| 6 Mueller Water Products Inc. C.S. | A | DIV | L | T | Buy | 6/24 | L | | |
| 7 Weatherford Intl. Ltd. C.S. | | NONE | M | T | Buy | 12/15 | M | | |
| 8 Dow Chemical Co. C.S. | A | DIV | M | T | Buy | 8/30 | M | | |
| 9 Mantech Intl Corp. C.S. | | NONE | L | T | Buy | 12/21 | L | | |
| 10 | | | | | | | | | |
| 11 Connecticut State Housing Bond | A | INT | | | redeemed | 12/10 | J | | |
| 12 New Jersey Sports Center Bond | A | INT | | | redeemed | 12/10 | J | | |
| 13 D.C. Howard University Bond | A | INT | | | redeemed | 12/10 | J | | |
| 14 DC. General Hospital Bond | A | INT | | | redeemed | 12/10 | J | | |
| 15 New Jersey State Refunding Bond | A | INT | | | redeemed | 12/10 | J | | |
| 16 Metropolitan DC Airport Bond | A | INT | | | redeemed | 12/10 | J | | |
| 17 Washington Area Transit Authority Bond | A | INT | | | redeemed | 12/10 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch Funds | | | | | | | | | |
| 2. Basic Value Fund | A | DIV | J | T | | | | | |
| 3. Global Fund | A | DIV | J | T | | | | | |
| 4. Phoenix Fund | A | DIV | | | SOLD ALL | 7/7 | J | A | |
| 5. Pacific Fund | A | DIV | | | SOLD ALL | 7/7 | J | A | |
| 6. Capital Growth Fund | A | DIV | J | T | | | | | |
| 7. G.T. Telecommunications Fund | A | DIV | | | SOLD ALL | 7/7 | J | A | |
| 8. Pasadena N.V. Trust Growth Fund | A | DIV | | | SOLD ALL | 7/7 | J | A | |
| 9. Scudder Capital Growth Fund | A | DIV | | | SOLD ALL | 7/7 | J | A | |
| 10. Odd Lot Fund | A | DIV | J | T | | | | | |
| 11. Gilead Sciences Inc. C.S. | A | DIV | J | T | | | | | |
| 12. Loral Space + Communications Inc. C.S. | A | DIV | J | T | | | | | |
| 13. Costco Cos. Inc. C.S. | A | DIV | J | T | | | | | |
| 14. Berkshire Hathaway Co. C.S. | A | DIV | J | T | | | | | |
| 15. General Electric Co. C.S. | A | DIV | J | T | | | | | |
| 16. Level 3 Communications Inc. C.S. | A | DIV | J | T | | | | | |
| 17. Nokia Corp. C.S. | A | DIV | J | T | | | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 PJ =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Echelon Corp. c.s. | A | DIV | J | T | | | | | |
| 2. Siebel Systems Inc. c.s. | | NONE | | | SOLD ALL | 1/11 | J | A | |
| 3. Human Genome Sciences Inc. c.s. | A | DIV | J | T | | | | | |
| 4. Sunguard Security Systems Inc. c.s. | | NONE | | | SOLD ALL | 1/11 | J | A | |
| 5. Tyco Inc. c.s. | A | DIV | J | T | | | | | |
| 6. Walt Disney Co. c.s. | A | DIV | J | T | | | | | |
| 7. Europacific Growth Fund | A | DIV | J | T | | | | | |
| 8. Global High Income Dollar Fund | A | DIV | J | T | | | | | |
| 9. Bluefly Inc. c.s. | A | DIV | J | T | | | | | |
| 10. CDDS Wind Down Inc. c.s. | Renamed: Green Energy Management Systems Inc. on 7/8/10 see below | | | | | | | | |
| 11. Green Energy Management Systems Inc. c.s. | A | DIV | J | T | | | | | |
| 12. St. Paul Companies Inc. c.s. | | NONE | | | SOLD ALL | 1/11 | J | A | |
| 13. Bank of America c.s. | A | DIV | J | T | | | | | |
| 14. Blackrock Trust Co. c.s. | A | DIV | J | T | | | | | |
| 15. Canadian Oil Sands Trust Co. c.s. | A | DIV | J | T | | | | | |
| 16. Chevron-Texaco Co. c.s. | A | DIV | J | T | | | | | |
| 17. Cisco Corp. c.s. | A | DIV | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Qevenger, Raymund C. III | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1 Dominion Reserve Inc. C.S. | A | DIV | J | T | | | | | |
| 2 Exxon Mobil Corp. C.S. | A | DIV | J | T | | | | | |
| 3 Ing International Small Cg. Fund | | NONE | | | SOLD ALL | ⅛/11 | J | A | |
| 4 J. P. Morgan Chase + Co. C.S. | A | DIV | J | T | | | | | |
| 5 Kayne Anderson Midstream Investmt Co. C.S | A | DIV | J | T | | | | | |
| 6 Lowe's Cos. Inc. C.S. | A | DIV | J | T | | | | | |
| 7 MBNA Corp. C.S. | A | DIV | J | T | | | | | |
| 8 PHLO Corp. C.S. | A | DIV | J | T | | | | | |
| 9 Plum Creek Timber Co. Inc. C.S. | A | DIV | J | T | | | | | |
| Royal Dutch Petroleum Corp. C.S. | | NONE | | | SOLD ALL | ⅛/11 | J | A | |
| SBC Communications Inc. C.S. | | NONE | | | SOLD ALL | ⅛/11 | J | A | |
| 12 Star Scientific Inc. C.S. | A | DIV | J | T | | | | | |
| 13 SuperConductor Technologies Inc. C.S. | | NONE | | | SOLD ALL | ⅛/11 | J | A | |
| 14 Verizon Inc. C.S. | A | DIV | J | T | | | | | |
| 15 Keeley Small Cap. Value Fund | A | DIV | J | T | | | | | |
| 16 Oppenheimer Int'l Small Co Fund | A | DIV | J | T | | | | | |
| 17 Putnam International Inc. C.S. | | NONE | | | SOLD ALL | ⅛/11 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Reymund C. III | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rayonier REIT Inc. C.S. | A | DIV | J | T | | | | | |
| 2. Snow Capital Management Fund | A | DIV | J | T | | | | | |
| 3. International Game Technology Inc. C.S. | | NONE | | | SOLD ALL | 9/28 | J | (C) | |
| 4. Shares DJ Select DIV Fund | A | DIV | J | T | | | | | |
| 5. Shares MSCI EAFE Index Fund | A | DIV | J | T | | | | | |
| 6. News Corp. C.S. | A | DIV | J | T | | | | | |
| 7. Smuckers Inc. C.S. | A | DIV | J | T | | | | | |
| 8. SRA International Inc. C.S. | | NONE | | | SOLD ALL | 1/11 | J | A | |
| 9. Dodge + Cox Int'l Stock C.S. | A | DIV | J | T | | | | | |
| 10. Fairholme Fund Shares | A | DIV | J | T | | | | | |
| 11. G. Market Inc ADR Shares | | NONE | | | SOLD ALL | 12/9 | J | (A) | |
| 12. Hewlett Packard Co. Int'l C.S | | NONE | | | SOLD ALL | 1/6 | J | A | |
| 13. Lazard Energy Markets RBL Shares | A | DIV | J | T | | | | | |
| 14. Monsanto Co. C.S. | A | DIV | | | SOLD ALL | 4/10 | J | (A) | |
| 15. Powershares Water Reserve Portfolio Shares | A | DIV | J | T | | | | | |
| 16. Reeltime Rentals Inc. C.S. | A | DIV | J | T | | | | | |
| 17. Ascential Software Corp. C.S. | | NONE | | | SOLD ALL | 1/11 | J | (A) | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Apple Inc. c.s. | | NONE | J | T | | | | | |
| 2. Citadel Broadcasting Co. Inc. | | NONE | | | SOLD ALL | 6/10 | J | (B) | |
| 3. Google Inc. c.s. | | NONE | J | T | | | | | |
| 4. ishare S+P LatinAmerica Fund | | NONE | | | SOLD ALL | 1/26 | J | A | |
| 5. Petroleo Brasileiro SA c.s. | | NONE | | | SOLD ALL | 11/10 | J | (A) | |
| 6. American Century Small Cap Value Fund | A | DIV | J | T | BUY | 10/25 | J | | |
| 7. Cambiar Opportunity Fund | A | DIV | J | T | BUY | 12/21 | J | | |
| 8. Cullen High Dividend Equity Fund | A | DIV | J | T | BUY | 7/13 | J | | |
| 9. Eaton VNCE PRMTRC Fund | A | DIV | J | T | BUY | 10/25 | J | | |
| 10. Franklin Mutual Global Discovery Fund | A | DIV | J | T | BUY | 9/24 | J | | |
| 11. Thornborg Int'l Value Fund | A | DIV | J | T | BUY | 10/8 | J | | |
| 12. Victory Diversified Stock Fund | A | DIV | J | T | BUY | 4/13 | J. | | |
| 13. Terre Haute IN Sanitary Dist. Bond | | NONE | J | T | BUY | 12/13 | J | | |
| 14. Mecklebury County NC Pub. Improvement Bond | | NONE | J | T | BUY | 12/17 | J | | |
| 15. Adrian MI City School Dist. Bond | | NONE | K | T | BUY | 12/13 | K | | |
| 16. District of Columbia Series E BHC Bond | | NONE | M | T | BUY | 12/13 | M | | |
| 17. Paw Paw MI Pub. School District Bond | | NONE | K | T | BUY | 12/13 | K | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Royal Oak MI Hospital Authority Bnd | | NONE | K | T | Buy | 12/13 | K | | |
| 2. Anchor Bay MI School Dist Bnd | | NONE | K | T | Buy | 12/13 | K | | |
| 3. Mercadolibre Inc. C.S. | | NONE | J | T | Buy | 10/4 | J | | |
| 4. AT&T Corp. C.S. | | NONE | J | T | Buy | 10/4 | J | | |
| 5. Clough Global Equity Fund | B | DIV | K | T | Buy | 4/5 | K | | |
| 6. Clough Global Oppty Fund | B | DIV | L | T | Buy | 4/5 | L | | |
| 7. Proctor & Gamble Co. C.S. | | NONE | J | T | Buy | 10/5 | J | | |
| 8. Ishares FTSE Xinhua China Fund | A | DIV | J | T | Buy | 4/10 | J | | |
| 9. Ishares MSCI Brazil Index Fund | | NONE | J | T | Buy | 11/10 | J | | |
| 10. Fairpoint Communications Inc. C.S. | | NONE | J | T | Buy | 10/4 | J | | |
| 11. Frontier Communications Inc. C.S. | | NONE | J | T | Buy | 10/4 | J | | |
| 12. American Capital World Fund | B | DIV | L | T | Buy | 7/11 | L | | |
| 13. Heitmann REIT Fund | | NONE | L | T | Buy | 12/15 | L | | |
| 14. PIMCO Total Return Fund | B | DIV | M | T | Buy | 6/15 | M | | |
| 15. Amazon.com Inc. C.S. | | NONE | J | T | Buy | 4/26 | J | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C, III | 5/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/2011 |

## IX. CERTIFICATION.

·I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544